Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 OCT -3 PM 1:43

OFFICE OF THE CLERK

Arthur-James-Griffin (Jr)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Douglas County Deptpartment
Of-Correctional Officer
Legal-Mail:(Issue

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **8:18CV468**
*(to be filled in by the Clerk's Office)*

RECEIVE

OCT 03 20..

CLERK
S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ARTHUR-JAMES-GRIFFIN (JR)
All other names by which you have been known: NiCK-nAme: (Joe)
ID Number: 1551891
Current Institution: DOUGlAS County Dept.-of-CORR.
Address: 1700 So. 17th Street
OMAHA — NE — 68102
City — State — Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: (UNSURE): MAiL-ROOM
Job or Title *(if known)*: MAiL-Room-Inmate-Legal-MAiL
Shield Number: (UNSURE)
Employer: DouglAS County Sheriff Dept
Address: 1710 So. 17th Street
OMAHA — NE — 68102
City — State — Zip Code
[x] Individual capacity   [ ] Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address: N/A
City — State — Zip Code
[ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  N/A

  _____ City _____ _____ State _____ _____ Zip Code _____
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  N/A

  _____ City _____ _____ State _____ _____ Zip Code _____
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   INmate-LegAL-mAiL, System
   (See): INmate-HANDBOOK

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Chit #8467 ~~Records AND~~
Chit #8467 Records  N/H

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Chit #8467: Records AND -
~~Chit #~~ Inmate-Legal-mail

C. What date and approximate time did the events giving rise to your claim(s) occur?

9\24\2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I simply wrote Inmate-Legal-Mail on front and back of my Prepaid commissary envelopes

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental-Anguish, mental-stress, Lost of cost of Three Prepaid U.S. stamped envelopes

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Demurrer: declaratory Judgment (or) Tort Damages

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Douglas County Dept.-of-Corrections

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes  Requested grievance form
☒ No   Never got one

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Never got Requested grievance forms.

F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

Requested grievance Never Sent or given to me

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Douglas County Dept.-of-Corr. Case-management Sgt. By Inmate Request Form

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Requested Grievance Form from Pod-officers

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7\28\2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Arthur-James-Griffin-(72)
Prison Identification #: 1551892
Prison Address: 710 South 17th Street
Omaha / NE / 68102
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

Page 11 of 11

```
07:43 AM                    KEEFE COMMISSARY NETWORK              PAGE: 1 OF    1
09/27/2018          P.O BOX 17490, St Louis, MO 63178-7490        SHIP FROM: 309
            NAME: GRIFFIN, ARTHUR T
            NUMBER: 1551691                                       PICKED BY:
                                                                  CPR: 100625489
FACILITY NUMBER: 16205(289)6J-001)                                BEG FUND BAL: 13.11
BLOCK:C11           TIER:06          CELL:002                     ORDER DATE:09/27/2018
    FACILITY NAME: DOUGLAS CO CORR CTR                                MORDER: 11169676

                                    LID

BAY    SEQ *ALIAS QTY UOM  DESCRIPTION              ITEM# T    PRICE   TOTAL
MDOUG
             0045    1  EA  AFRICAN CROWN HAIRDRESS  24872    1.40    1.40
             1015    3  EA  MANILLA ENVELOPE         20243    0.16    0.48
  Credit     1040    1  PAD 8.5 X 11 LETTER PAD WHT  20235    0.07    0.07
             2000    2  EA  S.S. KEEFE COFFEE          235    0.35    0.70
             4150    1  EA  SOUR FRUIT BALLS 4.25OZ  40607    1.05    1.05
             6348    1  EA  CA HOT CHEESE CRUNCHY     7992    2.10    2.10
            *8576    3  EA  PRE-PRMTD/STMPD ENVELOP   6262    0.65    1.95

REJECTED ITEMS
             ALIAS   QTY   DESCRIPTION               REASON
             0102    1     P-UP A/P DEODORANT FORCE  Unauthorized Item
             6119    1     CA ROUND TORTILLA CHIPS   Unauthorized Item
```

RECEIVED

OCT 0 3 2018

CLERK
U.S. DISTRICT COURT
OMAHA

```
                                                    SUBTOTAL      8.55
I=Invalid(NotOnMenu) B-Backordered C=Cancelled      SALES TAX     0.19
N=NotAvailable/Sub  S=Substituted V=NonInventory    ORDER TOTAL   8.74

                                                    END FUND BAL  4.37
LIST ITEM# OF SHORTAGES AND/OR DAMAGES    QTY       CATEGORY/DESCRIPTION
```

SIGNED _____                DATE 9/27/18

WITNESSED BY _____          DATE _____

State-of-NEBRASKA, City-of-Omaha, County-of-Douglas County Court, Office-of-Clerk: Arrest:#K1136650\Report#K95145

City-of-Omaha
Douglas County
Plaintiff
Vs.
Arthur-James-Griffin-(JR)
Defendant\Pro-SE

RECEIVED
OCT 03 2018
CLERK
U.S. DISTRICT COURT
OMAHA

Defendant\Pro-SE: Written motion And Request For:- Bill-of-Particular In-pending Cases, And Defendant's motion To: Quash In THe proceeding Requesting: Declaratory - Judgment Relief: In-pending Cases: Grounds For: Dismissal - Lack Of Prosecution: Placing A person before A public Hase Light. Defendant\Pro-SE: Written Waiver For Jury trial In-pending Cases.

Defendant-Seg: ~~A.R.D.M~~
Mailing-Date: 09\23\2018
Prepaid-Inmate-Legal-Mail



Legal-mail



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2016

ARTHUR-JAMES-GRIFFIN-JR
Printed Name

( 1551891 ) ( 11\06 )
Data #    Module #

Douglas County (Inmate-Legal-mail)
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

This envelope is being returned to you as undeliverable. Drawings, Markings & Excess writing on envelopes is not allowed. Chit# 8467 Records

ATN: Office-Of-Douglas County-court, Clerk
Douglas, County Courthouse
300-Hall-Of-Justice
Omaha, Nebraska; 68102

RECEIVED
OCT 03 2018
CLERK
U.S. DISTRICT COURT
OMAHA

FOREVER USA
Barn Swallow

Legal-mail



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2016

ARTHUR-JAMES-GRIFFIN(SR)
DATA:#1551891 POD:#11\6
Douglas County Dept.-of-Corr.
710 So. 17th Street
Omaha, Neb: 68102



Hasler
09/28/2018
US POSTAGE $001.63⁰
ZIP 68102
011D10649071

THIS MAIL WAS SENT
FROM THE DOUGLAS
COUNTY CORRECTIONAL
CENTER, OMAHA, NE

RECEIVED
OCT 03 2018
CLERK
U.S. DISTRICT COURT
OMAHA

BULK-RATE
Inmate-Legal-
Mail

ATTN: Clerk-U.S. District, CRT:RM:1152
111-So. 18th PLAZA
OMAHA, NEB: 68102-1322

Legal-mail