IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARTHUR JAMES GRIFFIN JR., | ) | 8:18CV468 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONAL OFFICER LEGAL MAIL, | ) | |
| Defendant. | ) | |

On December 4, 2018, the court extended the deadline for Plaintiff to pay an initial partial filing fee until January 3, 2019, and advised Plaintiff that in the absence of payment or a showing of good cause, the case would be dismissed without prejudice and without further notice. To date, Plaintiff has not paid the initial partial filing fee or made a good cause showing.

Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 10th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge